1046

No. 89–823.   LAYNE ET UX. v. COUNTY OF SAN MATEO, CALIFORNIA, ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 89–834.   SMITH v. SOUTH CAROLINA.   C. A. 4th Cir. Certiorari denied.

No. 89–836.   CRANE ET AL. v. CONTINENTAL TELEPHONE COMPANY OF CALIFORNIA, DBA CONTINENTAL TELEPHONE COMPANY OF NEVADA.   Sup. Ct. Nev.   Certiorari denied.

No. 89–845.   ROTHBURY INVESTMENTS, LTD. v. DURA SYSTEMS, INC.   C. A. 3d Cir.   Certiorari denied.

No. 89–880.   FLEMING v. CANNON, JUDGE, EL PASO COUNTY DISTRICT COURT, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–923.   BALL ET AL. v. PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 89–926.   MCGEE v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 89–5543.   REYNOLDS v. BUTLER, SHERIFF, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–5680.   PITRE v. NECAISE ET AL.   Ct. App. La., 5th Cir.   Certiorari denied.

No. 89–5689.   HUERTA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 89–5723.   CHAVIS v. FLORIDA.   Dist. Ct. App. Fla., 5th Dist.   Certiorari denied.

No. 89–5729.   MADSEN v. MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 89–5762.   VASQUEZ, AKA GUZMAN v. UNITED STATES. C. A. 11th Cir.   Certiorari denied.

No. 89–5784.   BOWYER v. UNITED STATES AIR FORCE ET AL. C. A. 7th Cir.   Certiorari denied.